**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Dustin Bruch                                  CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 18-16427 pmm

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                 Respectfully submitted,

               /s/ *Rebecca Solarz*
               Rebecca Solarz
               08 Nov 2020, 15:54:35, EST

               KML Law Group, P.C.
               701 Market Street, Suite 5000
               Philadelphia, PA 19106-1532
               (215) 627-1322