| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-16427-PMM**

DUSTIN  BRUCH
5952 LIMEPORT PIKE
COOPERSBURG  PA     18036

Petition Filed Date: 09/27/2018
341 Hearing Date: 11/06/2018
Confirmation Date: 11/21/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2020 | $890.00 | | 03/09/2020 | $1,800.00 | | 05/07/2020 | $900.00 | |
| 06/11/2020 | $890.00 | | 07/09/2020 | $890.00 | | 08/06/2020 | $570.00 | |
| 09/09/2020 | $570.00 | | 10/08/2020 | $570.00 | | 11/23/2020 | $570.00 | |
| 01/14/2021 | $570.00 | | 02/03/2021 | $570.00 | | 04/29/2021 | $1,698.00 | |
| 06/02/2021 | $570.00 | | | | | | | |

**Total Receipts for the Period:  $11,058.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $16,131.65**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JASON M RAPA ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | MATCO TOOLS »» 001 | Secured Creditors | $13,474.02 | $4,275.34 | $9,198.68 |
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $8,624.08 | $0.00 | $8,624.08 |
| 3 | FREEDOM MORTGAGE CORPORATION »» 03A | Mortgage Arrears | $21,422.62 | $6,817.76 | $14,604.86 |
| 4 | FREEDOM MORTGAGE CORPORATION »» 03B | Secured Creditors | $3,591.36 | $1,139.55 | $2,451.81 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES »» 004 | Unsecured Creditors | $4,514.32 | $0.00 | $4,514.32 |

**Chapter 13 Case No. 18-16427-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,131.65 | Current Monthly Payment: | $576.55 |
| Paid to Claims: | $14,232.65 | Arrearages: | ($1,125.95) |
| Paid to Trustee: | $1,386.00 | Total Plan Base: | $44,986.30 |
| Funds on Hand: | $513.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.