# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Dustin Bruch, | : | Chapter 13 |
| | : | |
| | : | Case No. 18-16427 (PMM) |
| | : | |
| Debtor. | : | |

## ORDER SCHEDULING HEARING

**AND NOW,** upon consideration of the Debtor's "Document/Correspondence Requesting Approval for Relief from PAHAF" (doc. #68, the "Motion");[1]

AND the Motion seeking court approval allowing the Debtor to apply for financial relief from the Pennsylvania Homeowners Assistance Fund;

AND the Debtor having been unsuccessful in communicating about this matter with the chapter 13 Trustee;

AND the Debtor's need for relief being time sensitive;

It is therefore hereby **ORDERED** that:

1) A hearing with regard to the Motion will be held on **Thursday, June 2, 2022 at 11:00 a.m.**  The hearing will be conducted telephonically. The dial-in phone number is 1-888-636-3807 and the access code is 4954493.

2) The Debtor, the Debtor's counsel, and the chapter 13 Trustee **shall appear** for the hearing.

**Date:  May 24, 2022**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE

---

[1]    Although the Debtor is represented by counsel, the Motion was filed by the Debtor.