United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-16427-pmm
Dustin Bruch  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 24, 2022 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Dustin Bruch, 5952 Limeport Pike, Coopersburg, PA 18036-9490 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | May 25 2022 00:02:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | May 25 2022 00:02:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 26, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| JASON M. RAPA | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 24, 2022 | Form ID: pdf900 | Total Noticed: 3 |

on behalf of Debtor Dustin Bruch jrapa@rapalegal.com  secretary@rapalegal.com;jheffelfinger@rapalegal.com

JEROME B. BLANK
    on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com

MARIO J. HANYON
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re: Dustin Bruch,** | : | Chapter 13 |
| | : | |
| | : | Case No. 18-16427 (PMM) |
| | : | |
| **Debtor.** | : | |

## ORDER SCHEDULING HEARING

**AND NOW,** upon consideration of the Debtor's "Document/Correspondence Requesting Approval for Relief from PAHAF" (doc. #68, the "Motion");[1]

AND the Motion seeking court approval allowing the Debtor to apply for financial relief from the Pennsylvania Homeowners Assistance Fund;

AND the Debtor having been unsuccessful in communicating about this matter with the chapter 13 Trustee;

AND the Debtor's need for relief being time sensitive;

It is therefore hereby **ORDERED** that:

1) A hearing with regard to the Motion will be held on **Thursday, June 2, 2022 at 11:00 a.m.** The hearing will be conducted telephonically. The dial-in phone number is 1-888-636-3807 and the access code is 4954493.

2) The Debtor, the Debtor's counsel, and the chapter 13 Trustee **shall appear** for the hearing.

**Date: May 24, 2022**

_Patricia M. Mayer_
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

---

[1] Although the Debtor is represented by counsel, the Motion was filed by the Debtor.