| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 18-16427-PMM**

DUSTIN  BRUCH
5952 LIMEPORT PIKE
COOPERSBURG  PA    18036

Petition Filed Date: 09/27/2018
341 Hearing Date: 11/06/2018
Confirmation Date: 11/21/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/29/2021 | $1,698.00 | | 06/02/2021 | $570.00 | | 11/08/2021 | $500.00 | |
| 11/23/2021 | $800.00 | | 02/15/2022 | $1,000.00 | | 02/28/2022 | $1,200.00 | |
| 05/09/2022 | $1,000.00 | | 08/01/2022 | $1,800.00 | | | | |

**Total Receipts for the Period: $8,568.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $22,431.65**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JASON M RAPA ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | MATCO TOOLS<br>»» 001 | Secured Creditors | $13,474.02 | $5,905.54 | $7,568.48 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $8,624.08 | $0.00 | $8,624.08 |
| 3 | FREEDOM MORTGAGE CORPORATION<br>»» 03A | Mortgage Arrears | $21,422.62 | $9,406.05 | $12,016.57 |
| 4 | FREEDOM MORTGAGE CORPORATION<br>»» 03B | Secured Creditors | $3,591.36 | $1,574.06 | $2,017.30 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $4,514.32 | $0.00 | $4,514.32 |

**Chapter 13 Case No. 18-16427-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,431.65 | Current Monthly Payment: | $576.55 |
| Paid to Claims: | $18,885.65 | Arrearages: | $645.75 |
| Paid to Trustee: | $1,890.00 | Total Plan Base: | $44,986.30 |
| Funds on Hand: | $1,656.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.