L.B.F. 9014-3
**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Dustin Bruch | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.:   18-16427 |
| | : | |
| | : | Hearing Date and Time |
| | : | Thursday April 6, 2023@ 10:00 a.m. |

NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Jason M. Rapa, Esquire Counsel for Debtor, has filed with the court a Motion to Modify Plan Post Confirmation.

1. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have a attorney, you may wish to consult an attorney).

2. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your view on the Motion, the on or before March 30, 2023, that the Debtor, any creditor or party in interest may file an answer, objection, request for hearing, other responsive pleading with the Clerk, U.S. Bankruptcy Court, Office of the Clerk, Room 103 The Gateway Building, 201 Penn Street, Reading, Pennsylvania 19601, and serve a copy on the Debtor's Counsel, whose name and address appear below.

3. A hearing on the Motion is scheduled to be held on April 6, 2023 at 10:00 a.m.at the Clerk, U.S. Bankruptcy Court, The Gateway Building, 201 Penn Street, 4th Floor Courtroom, Reading, Pennsylvania 19601. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.

4. If no objection is filed to the Motion on or before April 1,2023. Applicant shall file a Certification of No Response and the matter then may be decided by the Court without hearing.

5. You may contact the Bankruptcy Clerk's office for Philadelphia case at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been cancelled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

Filing Instructions

7. If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically.

8. If you are not required to file electronically, you must file your response at

>    Clerk, U.S. Bankruptcy Court
>    Office of the Clerk, Room 103
>    The Gateway Building
>    201 Penn Street
>    Reading, Pennsylvania 19601

9. If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney.

Date:    3/2/2023                           Rapa Law Office, P.C.

                                   By:    /s/ Jason M. Rapa, Esquire
                                          Jason M. Rapa, Esquire
                                          Attorney ID 89419
                                          141 South 1st Street
                                          Lehighton, PA 18235
                                          (610) 377-7730 phone
                                          (610) 377-7731 fax