**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | : | Chapter 13 | |
| Dustin Bruch | : | | |
| Debtor. | : | Case No.: | 18-16427 |

## CERTIFICATION OF NO RESPONSE

AND NOW, this 4th day of April, 2023, Jason M. Rapa, Esquire, of Rapa Law Office, P.C., attorney for the above-captioned Debtor, herby certifies that no response was filed or served on him with respect to the Notice dated March 2, 2023 of the filing of the Motion to Modify Plan Post Petition.

Dated: 4/4/2023                                                                 Rapa Law Office, P.C.

                                                            By:    /s/ Jason M. Rapa, Esquire
                                                                  Jason M. Rapa, Esquire
                                                                  Attorney ID 89419
                                                                 141 South 1st Street
                                                                 Lehighton, PA 18235
                                                                 (610) 377-7730 phone
                                                                 (610) 377-7731 fax