# UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE** | : | |
| **Dustin Bruch** | : | |
| | : | **Chapter 13** |
| **Debtor** | : | **Case No: 18-16427** |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtors' Motion to Modify the confirmed chapter 13 Plan (doc. #77, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. #79) is **approved**.

BY THE COURT

_____

Date:    **PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**