UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | |
| Dustin Bruch | : | |
| | : | Chapter 13 |
| Debtor | : | Case No: 18-16427 |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtors' Motion to Modify the confirmed chapter 13 Plan (doc. #77, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. #79) is **approved**.

BY THE COURT

*Patricia M. Mayer* (signature)

_____

Date: 4/6/23

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE