Office Mailing Address:

Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:

Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 18-16427-PMM

DUSTIN  BRUCH
5952 LIMEPORT PIKE
COOPERSBURG  PA    18036

Petition Filed Date: 09/27/2018
341 Hearing Date: 11/06/2018
Confirmation Date: 11/21/2019

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 08/01/2022 | $1,800.00 | | 08/29/2022 | $590.00 | | 10/03/2022 | $590.00 | |
| 10/24/2022 | $600.00 | | 11/21/2022 | $590.00 | | 12/20/2022 | $590.00 | |
| 01/17/2023 | $590.00 | | 02/28/2023 | $600.00 | | 03/27/2023 | $600.00 | |
| 04/24/2023 | $842.00 | | 05/22/2023 | $842.00 | | 06/22/2023 | $842.00 | |
| 07/17/2023 | $842.00 | | | | | | | |

**Total Receipts for the Period: $9,918.00  Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $30,549.65**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | JASON M RAPA ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | MATCO TOOLS<br>»» 001 | Secured Creditors | $13,474.02 | $11,673.72 | $1,800.30 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $8,624.08 | $0.00 | $8,624.08 |
| 3 | FREEDOM MORTGAGE CORPORATION<br>»» 03A | Mortgage Arrears | $11,238.16 | $11,238.16 | $0.00 |
| 4 | FREEDOM MORTGAGE CORPORATION<br>»» 03B | Mortgage Arrears | $3,591.36 | $0.00 | $3,591.36 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $4,514.32 | $0.00 | $4,514.32 |

**Chapter 13 Case No. 18-16427-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,549.65 | Current Monthly Payment: | $841.42 |
| Paid to Claims: | $24,911.88 | Arrearages: | $839.10 |
| Paid to Trustee: | $2,573.11 | Total Plan Base: | $33,071.59 |
| Funds on Hand: | $3,064.66 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.